622

writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Cyrus Crane, Geo. J. Mersereau, S. J. Jones,* and *E. E. McInnis* for petitioner. *Mr. John T. Barker* for respondent.

No. 196. U. S. FIDELITY & GUARANTY CO. *v.* BASSINGER. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel W. Livingston* and *Roland Max Anderson* for petitioner. No appearance for respondent.

No. 197. HUTTO *v.* ATLANTIC LIFE INSURANCE CO. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. C. Wolfe* for petitioner. *Messrs. Alva M. Lumpkin* and *Andrew D. Christian* for respondent.

No. 198. JENKINS *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Julian C. Ryer* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller* and *W. Marvin Smith* for the United States.

No. 200. U. S. INDUSTRIAL ALCOHOL CO. *v.* CALMAR STEAMSHIP CORP. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar* and *Henry N. Longley* for petitioner. *Mr. O. D. Duncan* for respondent.